Signed and Filed: August 13, 2012

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 11-34331 TEC |
| BENJAMIN S. SISON and<br>MARIA AGNES TOLOSA SISON, | Chapter 11 |
| Debtors. | |

**ORDER: (1) STRIKING ARDEN INTENGAN'S MOTION TO DISMISS;
AND (2) VACATING HEARING SET FOR AUGUST 24, 2012**

On July 11, 2012, creditor Arden Intengan (Intengan) filed a 49 page motion to dismiss or convert the above-captioned case to chapter 7 (the "Motion to Dismiss").

The Motion to Dismiss does not appear to assert a cognizable theory upon which relief could be granted, and Intengan did not obtain prior leave of the court to file a motion in excess of the 25 page limit specified in B.L.R. 9013-1(c).

On July 20, 2012, the court entered a protective order requiring Intengan to obtain prior leave of the court before filing any document in this case that exceeds the page limits specified in B.L.R. 9013-1(c).

Upon due consideration, because the Motion to Dismiss exceeds

ORDER: (1) STRIKING MOTION
TO DISMISS; AND (2) VACATING
AUGUST 24, 2012 HEARING
-1-

the page limit specified in B.L.R. 9013-1(c), because Intengan did not obtain prior leave of the court to file a motion that exceeds the page limit specified in B.L.R. 9013-1(c), and because the Motion to Dismiss does not appear to assert a cognizable theory upon which relief could be granted, the court hereby orders as follows:

    (1) The Motion to Dismiss is striken in its entirety.

    (2) The hearing set for August 24, 2012 at 9:30 a.m. is vacated.

**\*\*END OF ORDER\*\***

## Court Service List

Arden Intengan
4147 Clarinbridge Circle
Dublin, CA 94568

Arden Intengan
c/o Craig S. Miller
Weisberg & Miller
654 Sacramento St., 3rd fl.
San Francisco, CA 94111